SUPPLEMENTAL SCHEDULING ORDER IN SOCIAL SECURITY CASES

The government having filed its answer and the administrative record, the court hereby enters the following scheduling order:

Plaintiff shall file a motion to reverse and/or remand and supporting memorandum of law by no later than **July 19, 2017**. Defendant shall then have 60 days to file a motion to affirm, which the court will construe as a response to plaintiff's motion. Within 14 days after defendant files its motion to affirm, plaintiff may file a reply pursuant to Local Rule 7(d).

The court reminds the parties of the standing scheduling order (ECF No.5), which sets forth page limits and form and content requirements for motions and supporting memoranda. Each brief shall set forth a concise, numbered statement of the issues presented before the court. The parties should avoid boilerplate discussions of the governing legal standards, as the court is familiar with the standard of review and the sequential evaluation process employed in the analysis of social security disability applications. The parties instead should focus on applying relevant and controlling legal authority to the facts of the case.

Additionally, to expedite the court's consideration of these motions, the parties must make a good faith attempt to stipulate to the facts. This stipulation should set forth a concise statement of each stipulated fact, in narrative form with record citations, and must be annexed to plaintiff's dispositive motion.

If, despite counsel's good faith efforts, a stipulation of facts cannot be reached, plaintiff must attach a statement of facts in narrative form in separately numbered paragraphs with record citations.  In response, defendant must file with its dispositive motion a document indicating, in separately numbered paragraphs corresponding to those contained in plaintiff's statement, whether each of the facts is admitted.  Any disagreement or indication of a material omission must include a specific citation to the record. Counsel may not make legal arguments based on facts not contained in the joint stipulation or separate statements of facts.

Briefs will not be considered by the court unless they comply with the requirements set forth above.  Failure to comply with these requirements may result in denial of the motion without prejudice to re-file a motion that does comply.

Prior to the filing of any dispositive motions, counsel are encouraged to confer regarding the merits of the case in an effort to determine whether a reversal and/or voluntary remand are appropriate.

Requests for extension of time are discouraged.  Unless circumstances dictate otherwise, counsel should generally seek an extension for a maximum of 30 days.  Any such motion shall include a showing of good cause as required by Local Rule 7(b)(2).

SO ORDERED at Hartford, Connecticut this 22nd day of May, 2017.

                              /s/
                        Michael P. Shea, U.S.D.J.